**Francisca de Jesus DURAN–DE–GARCIA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 13–2406.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 18, 2014.

Michael E. Rosado, Law Offices Of Rosado & Soltren, P.C., Beltsville, Maryland, for Petitioner. Stuart F. Delery, Assistant Attorney General, Terri J. Scadron, Assistant Director, Kathryn L. Deangelis, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisca De Jesus Duran–De–Garcia (Duran), a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal from the Immigration Judge's denial of her requests for asylum and withholding of removal. We have thoroughly reviewed the record, including the transcript of Duran's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administra-

tive factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. *See INS v. Elias–Zacarias,* 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Duran–De–Garcia,* (B.I.A. Oct.21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*